UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Gary LaBarbera and Frank Finkel, etc.,

                Plaintiff,        CV-06-6641 (CPS)

   - against -                 ORDER

Rockwala, Inc. and Andy Wala,

                Defendant.

------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Pohorelksy dated April 1, 2009 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Reports and Recommendations dated November 8, 2007 and April 1, 2009 not later than June 12, 2009.

      The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

      SO ORDERED.

Dated :   Brooklyn, New York
         May 13, 2009

                                     s/Hon. Charles P. Sifton
                                     _____
                                     United States District Judge